NOV 1 3 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ARTHUR SMITH,

        Plaintiff,

v.

HERITAGE HEALTH & HOUSING, INC.,

        Defendant.
----------------------------------------------------------x

Civil Action No.: 18-cv-1513
(AJN)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned, attorneys for the respective parties hereto, that all the claims presented in the above entitled action are hereby dismissed with prejudice and on the merits, and without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a).

DATED: New York, New York
       October 12, 2018

JOSEPH & KIRSCHENBAUM, LLP

By: _____
Lucas Buzzard
32 Broadway, Suite 601
New York, NY 10004
Attorneys for Plaintiff

DATED: New York, New York
       October 31, 2018

EUSTACE, MARQUEZ, EPSTEIN, PREZIOSO & YAPCHANYK

By: _____
Gregory R. Bennett
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200
Attorneys for Defendant

SO ORDERED:

_____
Alison J. Nathan, U.S.D.J.
11/9/18